IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cain, Maurice L | Case Number: 06 B 04845 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 5/1/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 4, 2008
Confirmed: June 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 38,860.00 |  |
| Secured: |  | 34,376.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,339.86 |
| Trustee Fee: |  | 2,103.21 |
| Other Funds: |  | 40.05 |
| Totals: | 38,860.00 | 38,860.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,290.00 | 2,339.86 |
| 2. | HomEq Servicing Corp | Secured | 34,270.12 | 34,187.78 |
| 3. | Affordable Furniture | Secured | 300.00 | 122.12 |
| 4. | City Of Chicago | Secured | 200.00 | 66.98 |
| 5. | Cook County Treasurer | Secured | 1,145.00 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 9,334.54 | 0.00 |
| 7. | Affordable Furniture | Unsecured | 135.79 | 0.00 |
| 8. | Premium Asset Recovery Corp | Unsecured | 9.00 | 0.00 |
| 9. | Sachs Earnest & Associates LTD | Unsecured | 4,969.80 | 0.00 |
| 10. | City Of Chicago | Unsecured | 2.38 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 474.36 | 0.00 |
| 12. | Debt Recovery Solutions | Unsecured | 117.63 | 0.00 |
| 13. | Credit Acceptance Corp | Unsecured | 1,512.14 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 141.56 | 0.00 |
| 15. | Premier Bankard | Unsecured | 127.47 | 0.00 |
| 16. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 17. | Shaquita Clark | Priority | | No Claim Filed |
| 18. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 19. | American Collection Corp | Unsecured | | No Claim Filed |
| 20. | Codilis & Associates | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | CorTrust Bank | Unsecured | | No Claim Filed |
| 23. | Professional Account Management | Unsecured | | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 25. | West Asset Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cain, Maurice L | Case Number:  06 B 04845 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/23/08 | Filed:  5/1/06 |

| | | | |
|---|---|---|---|
| 26. | AT&T Wireless | Unsecured | No Claim Filed |
| 27. | Unifund Corporation | Unsecured | No Claim Filed |
| 28. | Unifund Corporation | Unsecured | No Claim Filed |

$ 56,029.79           $ 36,716.74

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 268.01 |
| 4.8% | 418.08 |
| 5.4% | 940.68 |
| 6.5% | 476.44 |
| | $ 2,103.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____