## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cain, Maurice L

Printed: 11/11/08

Case Number:  06 B 04845
Judge:  Hollis, Pamela S
Filed:  5/1/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: August 4, 2008
Confirmed: June 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 38,860.00 |  |
| Secured: |  | 34,414.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,339.86 |
| Trustee Fee: |  | 2,105.85 |
| Other Funds: |  | 0.00 |
| Totals: | 38,860.00 | 38,860.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,290.00 | 2,339.86 |
| 2. | HomEq Servicing Corp | Secured | 34,270.12 | 34,187.78 |
| 3. | Affordable Furniture | Secured | 300.00 | 122.12 |
| 4. | Cook County Treasurer | Secured | 1,145.00 | 0.00 |
| 5. | City Of Chicago | Secured | 200.00 | 104.39 |
| 6. | HomEq Servicing Corp | Secured | 9,334.54 | 0.00 |
| 7. | Sachs Earnest & Associates LTD | Unsecured | 4,969.80 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 474.36 | 0.00 |
| 9. | City Of Chicago | Unsecured | 2.38 | 0.00 |
| 10. | Affordable Furniture | Unsecured | 135.79 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 127.47 | 0.00 |
| 12. | Credit Acceptance Corp | Unsecured | 1,512.14 | 0.00 |
| 13. | Premium Asset Recovery Corp | Unsecured | 9.00 | 0.00 |
| 14. | Debt Recovery Solutions | Unsecured | 117.63 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 141.56 | 0.00 |
| 16. | Shaquita Clark | Priority | | No Claim Filed |
| 17. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 18. | American Collection Corp | Unsecured | | No Claim Filed |
| 19. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 20. | CorTrust Bank | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 23. | AT&T Wireless | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | Codilis & Associates | Unsecured | | No Claim Filed |
| 26. | Unifund Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cain, Maurice L

Printed: 11/11/08

Case Number:  06 B 04845

Judge:  Hollis, Pamela S

Filed:  5/1/06

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Unifund Corporation | Unsecured | | No Claim Filed |
| 28. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 56,029.79 | $ 36,754.15 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 268.01 |
| 4.8% | 418.08 |
| 5.4% | 940.68 |
| 6.5% | 476.44 |
| 6.6% | 2.64 |
| | $ 2,105.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

